COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, on Complaint of MARIAN BARASCH, Appellant, v. ALFRED E. JOHNS, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOSEPH M. CLARK, Respondent, v. HOWARD E. BOSMAN, Appellant.— Judgment unanimously reversed and the information dismissed, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.

NATHAN GOODFRIEND, Appellant, v. ARMIN H. MITTLEMANN and Others, Defendants, Impleaded with FRANK B. KEECH and Others, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MICHAEL C. GRAY, Appellant, v. NEILL RIFE, Respondent.— Order, so far as appealed from, denying plaintiff's motion to strike out as insufficient in law the first affirmative defense in defendant's amended answer, unanimously affirmed, without costs. Order, so far as appealed from, denying plaintiff's motion under rule 103 of the Rules of Civil Practice to strike out certain allegations and exhibits contained in the first affirmative defense, unanimously modified by striking from defendant's amended answer the exhibit annexed and subjoined to Exhibit F containing the observations of the Municipal Court justice on the motion to set aside the verdict, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILK RANCH, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

GERALDINE DWYER, an Infant, by CHARLES M. DWYER, Her Guardian ad Litem, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ. [See post, p.——.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEXTMAR CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments of the City of New York, Constituting the Board of Taxes and Assessments of the City of New York, Respondents. Block 1121, Lots 36 and 39. Taxes for the Years 1934, 1935, 1936, 1937, 1938 and the First 6 Months of 1939. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 168 CORPORATION, Appellant, v. JAMES J. SEXTON and Others, etc., Respondents. Premises: 1 West 68th St. Taxes of 1933. Block 1121, Lot 29. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 168 CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, etc., Respondents. 1 W. 68th St. Lot 29, Block 1121. 9 W. 68th St. Lot 28, Block 1121. 11 W. 68th St. Lot 27, Block 1121. Taxes of 1934, 1935, 1936, 1937 and 1938 and the First 6 Months of 1939.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of Inspector JOSEPH SCHIFFNER, Respondent, v. INTERVALE FARMS, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.